# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER LOPEZ, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-cv-02137-GMN-NJK |
| ) | |
| vs. ) | ORDER DENYING PROPOSED |
| ) | DISCOVERY PLAN (Docket No. 12) |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

On February 4, 2013, the Court denied a proposed discovery plan, noting that the parties failed to comply with at least four aspects of the relevant Local Rules. Docket No. 11. The first deficiency noted by the Court was that the proposed discovery plan failed to "state the date the first defendant answered or otherwise appeared." *Id.* at 1 (quoting Local Rule 26-1(e)(1)). The Court ultimately denied the proposed discovery plan with instructions that it be refiled. *Id.* at 2.

The parties have now filed another proposed discovery plan that again fails to identify the date the first defendant answered or otherwise appeared. *See* Docket No. 12. The rules and procedures of this Court are designed to foster the efficient resolution of cases. The parties are expected to be familiar with and to follow these rules and procedures. The Court is especially disappointed with this shortcoming given that it was expressly identified as a deficiency in the Court's February 4, 2013 Order.

//
//
//
//
//

The pending stipulated discovery plan is hereby **DENIED**. The parties are ordered, no later than February 11, 2013, to file another proposed discovery plan that complies with the Local Rules.

IT IS SO ORDERED.

DATED this 7th day of February, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge

2